IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS ZACHARY PETERS,

    Plaintiff,

v.

WESLEY REVELS, CHRISTOPHER
WEAVER, STAN HENDRICKSON,
SERGEANT RYAN HALLMAN, JEFF
SCHWANZ, DR. JILLIAN BRESNAHAN,
DAWN KEMPEN, SARAH MALLOY, AND
SARAH DOE,

    Defendants.

ORDER

Case No.  23-cv-232-wmc

Plaintiff Thomas Zachary Peters has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified inmate account statement no later than May 15, 2023. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Thomas Zachary Peters may have until May 15, 2023 to submit a trust fund account statement for the period beginning approximately October

13, 2023 and ending approximately April 13, 2023. If, by May 15, 2023, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 24th day of April, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge